OPINION — AG — **** POLICE SERVICE PENSION — LIMITATION ON TRANSFER **** (1) A CITY OR TOWN MAY NOT REQUIRE MORE SERVICE THAN IS REQUIRED BY STATE STATUTES FOR ELIGIBILITY FOR A POLICE SERVICE PENSION. (2) THE LIMITATION ON TRANSFER OF NO MORE THAN FIVE YEARS OF PRIOR SERVICE TIME PROVIDED FOR IN 11 O.S. 1970 Supp., 541 [11-541](X), DOES NOT APPLY TO A POLICEMAN WHO TRANSFERRED TO ANOTHER DEPARTMENT PRIOR TO JULY 29, 1969. CITE: OPINION NO. 69-360, OPINION NO. 70-115 (JOHN C. HOWARD)